# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANTHONY RAY CRAWFORD,<br><br>            Petitioner,<br><br>    v.<br><br>G. J. JANDA,<br><br>            Respondent. | Case No. CV 12-10438-DDP (JEM)<br><br>**J U D G M E N T** |

     In accordance with the Order Accepting Findings and Recommendations of United States Magistrate Judge filed concurrently herewith,

     IT IS HEREBY ADJUDGED that the action is dismissed with prejudice.

DATED: February 16, 2016

                                         DEAN D. PREGERSON
                                    UNITED STATES DISTRICT JUDGE